AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

Southern  District of  Texas

| | | |
|---|---|---|
| United States of America | ) | United States Courts<br>Southern District of Texas<br>FILED |
| v. | ) | *December 14, 2025* |
| | ) | |
| Elias VASQUEZ | ) | Nathan Ochsner, Clerk of Court |
| 1991 | ) | Case No.  7:25-mj-03459-1 |
| POB: US | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___December 13th, 2025___ in the county of ___Starr___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(1)(A)(iii) | Concealing, shielding, or harboring an unauthorized alien from detection in any place, including buildings or vehicles. |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA  D.Walker

/s/ Arnold Cantu
_____
*Complainant's signature*

Arnold Cantu, HSI Special Agent
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: December 14, 2025 at 10:27 p.m.
_____
*Judge's signature*

City and state:  McAllen, Texas

J. Scott Hacker U.S. Magistrate Judge
_____
*Printed name and title*

**ATTACHMENT A**

On December 13, 2025, the Starr County Sheriff's Office received a call from a concerned citizen regarding a possible dead body being dropped off on a rural road in Roma, Texas. Deputies responded to the area and found a male individual in poor health, wrapped in a blanket on the side of the road.

Around the same time, Homeland Security Investigations (HSI) received a call from a second concerned citizen who reported seeing a possible dead body being carried out of an apartment and placed into a vehicle at the TARGET RESIDENCE.  HSI contacted Roma Police Department (PD) and provided the information received.

Roma PD responded to the TARGET RESIDENCE and encountered Jesus Ian Garcia-Sanchez, a citizen and national of Mexico. Garcia-Sanchez admitted that he had illegally entered the United States and did not possess documents allowing him to enter or remain in the United States legally. Garcia-Sanchez stated that he had crossed into the United States from Mexico illegally with three other individuals. He explained that they were picked up and taken to TARGET RESIDENCE. Garcia-Sanchez stated that a male individual was the caretaker of the apartment, describing him as heavyset, with dark skin and tattoos on his arms. Garcia-Sanchez was shown a photo lineup and identified Elias VASQUEZ as the caretaker.

Garcia-Sanchez stated that at the apartment, another illegal alien he was traveling with was in poor health. He reported that VASQUEZ appeared worried, made several phone calls, and was going in and out of the apartment. He reported that VASQUEZ called a doctor, and a doctor showed up with IV bags and was attending to the alien. Garcia-Sanchez stated that VASQUEZ instructed him and others to take the distressed individual and place him into a vehicle. He further stated that the other illegal aliens were moved, while he was instructed to stay behind and clean up blood and other matter from the distressed individual.

Family members in Mexico of the distressed male subject contacted the hospital and were referred to speak with law enforcement regarding the case. They reported they had seen a Facebook post regarding an unresponsive subject found on the side of the road in Roma, Texas. They reported the male subject was an illegal alien who had illegally entered the United States from Mexico and was attempting to go to Florida to reunite with other family members. They reported they had not heard from the male subject in several days, and they had an agreement to speak often, so they were concerned. They provided the name and date of birth of the male subject and confirmed his identity with law enforcement through tattoos.

Roma PD made contact with SUBJECT A, who is the romantic partner of VASQUEZ, at another apartment located in the same building as the TARGET RESIDENCE. SUBJECT A reported that VASQUEZ is the apartment manager for the building and lives with SUBJECT A in the apartment. SUBJECT A turned over and abandoned four cellular phones that were present in the apartment, stating they were not SUBJECT A's or VASQUEZ's. One of the cellular phones was determined to belong to Garcia-Sanchez.